UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BENJAMIN K. BENNETT and <br> DAWN BENNETT, <br><br> Plaintiffs, <br><br> v. <br><br> SRB TRANSPORT, INC., and <br> GORAN RADOJEVIC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) NO. 3:17-cv-01046 <br> ) CHIEF JUDGE CRENSHAW <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This case is **REFERRED** to the Magistrate Judge for customized case management in accordance with Local Rule 16.01.

The parties shall develop a plan for resolution of the case that includes at least two independent attempts to resolve the case. The first attempt shall occur within 120 days of the initial case management conference and the second attempt shall occur before the deadline for filing dispositive motions. The parties are encouraged to consider the Alternative Dispute Resolution options provided in Local Rule 16.02 through 16.07.

This case shall be set for trial upon completion of the initial case management conference by order of the District Judge in accordance with the procedures of Local Rule 16.01(d)(5).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE